IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No.: 1:22-cv-00128

| | |
|---|---|
| WANDA JOAN YORK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN AIRLINES, INC. and PSA AIRLINES, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties stipulate and agree, through their respective counsel of record and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is voluntarily dismissed with prejudice as to all Defendants.

This 10th day of April, 2023.

| | |
|---|---|
| /s/ Karonnie R. Truzy | /s/ J. Mitchell Armbruster |
| Karonnie R. Truzy | J. Mitchell Armbruster |
| NCSB No.: 28228 | NCSB No.: 26422 |
| CR Legal Team, LLP | Smith Anderson Blount Dorsett Mitchell & Jernigan |
| 2400 Freeman Mill Road, Suite 200 | Post Office Box 2611 |
| Greensboro, NC 27406 | Raleigh, NC 27602 |
| Telephone: (336) 333-9899 | Telephone: (919) 821-1220 |
| Facsimile: (866) 815-2992 | Facsimile: (919) 821-6800 |
| krtruzy@crlegalteam.com | marmbruster@smithlaw.com |
| *Attorney for the Plaintiff* | *Attorneys for the Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No.: 1:22-cv-00128

| | |
|---|---|
| WANDA JOAN YORK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN AIRLINES, INC. and PSA AIRLINES, INC., | ) ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

This 10th day of April, 2023.

/s/ Karonnie R. Truzy
Karonnie R. Truzy
CR Legal Team, LLP
NCSB No.: 28228
2400 Freeman Mill Road, Suite 200
Greensboro, NC 27406
Telephone: (336) 333-9899
Facsimile: (866) 815-2992
krtruzy@crlegalteam.com
*Attorney for the Plaintiff*

2